FILED 25 SEP '23 14:00 USDC-ORE

Jorge Ramon Sierra
FCI Sheridan
P.O. Box 5000
Sheridan, Oregon 97378
Register NO: 40737-509

United States District Court
District of Oregon

Jorge R. Sierra                          Case NO: 3:23-cv- 01396-HZ
        Plaintiff

                                         Request to Proceed in
V.                                       Forma Paupris

S.I.S. officer Moreno;
Captain J. Cerone; and
Warden Jacquez
          Defendants

    I  Jorge Sierra  am  the Plaintiff
in the  above entitled  case  and I
State the  following:

              Page 1 of 3
    Request to Proceed in Forma Paupris

1. I am incarcerated at the FCI in Sheridan, Oregon 97378.

2. Because I a held in Segregation I am not permitted to work and have no steady income.

3. I've only been at FCI Sheridan since June 15th 2023.

4. Because of the above and the fact I have not been at FCI Sheridan longer than 3 months I do not include a 6month statement.

5. I do not own any bank accounts, real-estate, stocks, bonds, automobiles or any other valuable property.

Pursuant to 28 U.S.C. 1746 I declare these statements are true and correct.

Page 2 of 3

Request to Proceed In Forma Paupris

Jorge Sierra _____    September 21 2023
Jorge Ramon Sierra          Date
FCI Sheridan
P.O. Box 5000
Sheridan, Oregon 97378
Register NO: 40737.509

Page 3 of 3
Request to Proceed in forma Pauperis