FILED 12 OCT '23 11:27 USDC-ORP

Jorge Ramon Sierra
40737-509
FCI Sheridan
P.O. Box 5000
Sheridan, OR 97378


United States District Court
District of Oregon


Jorge R. Sierra
      Plaintiff              Case No: 3:23-cv-01396-HZ

v.                   Hon. Marco A. Hernandez

S.I.S. Moreno;            AMENDED
Cpt. Cerone; and         COMPLAINT
Warden Jacquez
      Defendants


Plaintiff's Amended Complaint

    Plaintiff would like to Amend complaint Due to a constitutional violation of excessively tight handcuffing on Plaintiff on September 16th at Salem Oregon Hospital.

    Due to the handcuffs being on excessively tight for a period of approximatly 3 hours is in fact


page 1 of 2
Amended complaint

violation of Plaintiffs fourth amendment.

Plaintiff was left with lacerations on his wrist and lingering physical effects.

Also Plaintiff was placed back in Special Housing unit at FCI Sheridan on September 18 2023, from Suicide watch, However Plaintiff has not been seen by psychology for 24 days.

Defendant Jacquez who is responsible for his Subordinates is liable for the negligence of the handcuffing and for Psychology.

Pursuant to 28 U.S.C. I declare under penalty of purjury that the foregoing is true and correct.

*Jorge Sierra*                    10/10/23

Jorge R. Sierra                    Date

40 737-509

FCI Sheridan

P.O. Box 5000

Sheridan Oregon 97378

Page 2 of 2

Amended complaint