FILED 9 NOV '23 11:32USDC-ORP

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

Portland _____ DIVISION

Jorge Ramon Sierra

*(Enter full name of plaintiff)*

Plaintiff,

v.

SIS Officer Moreno, Captain
J. Cerone, and Warden
Jacquez, Correctional Officer Griffin

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:23-cv-01396-HZ
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☒Yes      ☐No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Jorge Ramon Sierra
Street Address: P.O. Box 5000
City, State & Zip Code: Sheridan, Oregon 97378
Telephone No.: N/A

Complaint for Violation of Civil Rights (Prisoner Complaint)                                    1
[Rev. 01/2018]

**Defendant No. 1**     Name: SIS Officer Moreno

Street Address: P.O. Box 8000

City, State & Zip Code: Sheridan Oregon 97378

Telephone No.: N/A

**Defendant No. 2**     Name: Captain J. Cerone

Street Address: P.O. Box 8000

City, State & Zip Code: Sheridan, Oregon 97378

Telephone No.: N/A

**Defendant No. 3**     Name: Warden Jacquez

Street Address: P.O. Box 8000

City, State & Zip Code: Sheridan, Oregon 97378

Telephone No.: N/A

**Defendant No. 4**     Name: Correctional officer Griffin

Street Address: P.O. Box 8000

City, State & Zip Code: Sheridan Oregon 97378

Telephone No.: N/A

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

2

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Deliberate Indifference, Cruel and unusual punishment, Due process, excessivly Tight Handcuffs 4th Amendment.

## III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

SIS Officer Moreno tried to deliberatly placed Jorge Sierra with Active gang members after Jorge Sierra informed Officer Moreno that he was a dropout from his former gang and that he would be in great danger. SIS Officer Moreno told Jorge Sierra that He would get Smashed out by the gang members. SIS Officer Moreno Also told Jorge Sierra He would get Shipped to another active yard to deal with the Same problem. This occured on July 31 2023

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

SIS Officer Moreno Told Jorge Sierra that He "does not give a fuck about him

Complaint for Violation of Civil Rights (Prisoner Complaint)                          3
[Rev. 01/2018]

or about what happens" to him. He told Sierra to "shut the fuck" up", and that this is all Sierra's fault for "being a stupid fucking idiot." This also occured on July 31 2023. On August 8th 2023 SIS Moreno threatened Sierra, telling him to refuse to go out to general population and stay in the SHU, and get 3 infractions to get shipped to a Active yard. Jorge Sierra had panic attacks.

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Jorge Sierra Attempted Suicide on September 14 2023 due to the threats from SIS Moreno. He was taken to the Hospital and recieved Surgery to remove razors he swallowed to end his life. During his hospital stay he was placed in excessivly tight Handcuffs for over 3 hours. The staff used bolt cutters to remove the restraints. This occured Sept. 15 2023 at Salem Hospital. This resulted in lingering physical effects. Prison Dr. prescribed Duloxetine 30 mg and Ihuprofen 800 mg for the lingering physical effects, and for the Anxiety and depression. Jorge Sierra still has panic attacks. Officer Griffin Placed Handcuffs on Sierra at the Hospital for event.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                    4
[Rev. 01/2018]

## Claim IV

Captain J. Cerone has been delegated the responsibility for the overall security of the institution and the saftey of those who live and work here at FCI Sheridan. He failed to address SIS officer Moreno after all the concerned request Jorge Sierra wrote to Psychology, Case managers, Counselors and SIS officers. which lead to the ongoing events in this complaint.

## Claim V

Warden Jacquez is the chief Executive officer of the institution and responsible for its total operation. He has the authority to approve transfers and is also responsible for his Subordinates. Warden Jacquez, SIS officer Moreno and Captain J. Cerone all have actual Knowledge of Jorge Sierra's threats towards him. which would fall under pervasive risk Also responsible for the training in restraints on prisoners.

5

## Claim VI

Jorge Sierra is being held in Segregation and is being forced to recieve infractions for failure to program in order for him to be kept safe. Jorge Sierra has not broke any rules to stay in Segregation to recieve infractions. Jorge Sierra has recieved certificates for programing while being in Segregation. Warden Jacquez has the authority to transfer Jorge Sierra to a Non-Active yard instead of violating his Due process. Jorge Sierra has been in Segregation for approximatly 145 days.

6

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑ Yes          ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

To get Jorge Sierra to a Non-Active or Sensitive Needs Yard. To Expunge the infractions recieved for refusing to program. To pay the Amount of $10,000 From All defendants for the Emotional and mental Anguish, and for the excessivly tight handcuffing that caused pain in his hand that requires medication. $5,000 from SIS Moreno $5,000 from Captain J. Cerone and $5,000 from Warden Jacquez. And what the Court will also grant any other relief. Also $5000 from Correctional officer Griffen

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2nd day of November, 2023.

_____
(Signature of Plaintiff)